UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MINITER,<br>      Plaintiff,<br>      v.<br><br>SUN MYUNG MOON,<br>THE WASHINGTON TIMES,<br>et al.<br>      Defendants | Civil Action No. 1:09-cv-02330-RMU |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

Plaintiff Richard Miniter, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses without prejudice the following Defendants:

    Sun Myung Moon

    Preston Moon

    Unification Church International

    One Up Enterprises

    News World Communications, LLC of Delaware

    News World Communications, Inc.

                                  Respectfully submitted,

                                  _____/s/_____
                                  Larry Klayman, Esquire
                                  D.C. Bar No. 334581

The Klayman Law Firm
2000 Pennsylvania Avenue, N.W.
Suite 345
Washington, DC 20006
310-595-0800
Attorneys for Plaintiff